# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSUE CORNEJO-BARAJAS,<br><br>Defendant. | Case No.: 26CR0752-RBM<br><br>**JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION** |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing, the Motion to Dismiss the Information Without Prejudice is GRANTED.

The Court HEREBY ORDERS:

That the Information in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: April 1, 2026

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE